**IN RE ESTATE OF TUCCI**

[326 N.C. 359 (1990)]

IN THE MATTER OF THE ESTATE OF SHIRLEY ALLRED TUCCI

No. 294A89

(Filed 1 March 1990)

APPEAL by dissenting spouse pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 94 N.C. App. 428, 380 S.E.2d 782 (1989), reversing an order entered 2 May 1988 by *Rousseau, J.,* in Superior Court, FORSYTH County, allowing the surviving spouse of Shirley Allred Tucci to dissent from her will under N.C.G.S. § 30-1. Heard in the Supreme Court 14 February 1990.

*Harrison, North, Cooke & Landreth, by A. Wayland Cooke and Michael C. Landreth, for dissenter-appellant spouse, James Tucci.*

*Womble Carlyle Sandridge & Rice, by Michael E. Ray, Kurt C. Stakeman, and Lori P. Hinnant, for estate-appellee.*

PER CURIAM.

Affirmed.